IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LINDA M FERGUSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00382-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 23, 2023, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 23rd day of March, 2023.

.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk